# Supreme Court of Texas

Misc. Docket No. 25-9072

## Denial of Request to Transfer Case from the Fifteenth Court of Appeals

The Supreme Court of Texas denies the request to transfer the following case from the Fifteenth Court of Appeals District, Austin, Texas:

Case No. 15-25-00072-CV

*Frances Spanos Shelton v. Vernon Leuschner, and as Durable Power of Attorney for Katherine Leuschner, Robert Lee Spanos, Christopher Blake Spanos, and Kathryn Nicole Lawrie*

ORDERED in Chambers,

With the Seal thereof affixed at the City of Austin, this 26th day of September, 2025.

BLAKE A. HAWTHORNE, CLERK
THE SUPREME COURT OF TEXAS